710 A.2d 1139

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Dorothy BARTLETT, Petitioner.**

Supreme Court of Pennsylvania.

June 4, 1998.

Norris E. Gelman, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 4th day of June, 1998, the Petition for Allowance of Appeal is GRANTED, limited to whether the trial court committed reversible error in limiting the scope of cross-examination of Darren Bartlett by precluding inquiry into privileged conversations he had with his attorney.